UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH OH,

                Plaintiff,

      v.

PACIFIC INTERNATIONAL BANK,

                Defendant.

CASE NO. C11-1509 MJP

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

       The Court has reviewed Plaintiff's "Ex Parte Request Court to Strike Defendants' Motion to Dismiss" (Dkt. No. 9).  The motion correctly observes that Defendants' dispositive motion to dismiss (Dkt. No. 7) was not noted for the fourth Friday after its filing date.  The Court will not dismiss the motion on that ground, but will *sua sponte* re-note the motion to its correct noting date.

       IT IS ORDERED that Defendants' motion to dismiss is re-noted to **October 14, 2011** (the fourth Friday after the filing date of September 22, 2011).  Any opposition papers shall be

MINUTE ORDER- 1

1   filed and served not later than the Monday before the noting date.  If service is by mail, the

2   opposition papers shall be mailed not later than the Friday preceding the noting date.  Any reply

3   papers shall be filed and served no later than the noting date.

4

5           The clerk is ordered to provide copies of this order to all counsel.

6           Filed this _28th_ day of September, 2011.

7

8                                                   William M. McCool
                                                    Clerk of Court
9
                                                    s/Mary Duett
10                                                  Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER- 2