# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSEPH OH, | CASE NO. C11-1509 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PACIFIC INTERNATIONAL BANK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed Plaintiff's "Ex Parte Request Court to Strike Defendants' Motion to Dismiss" (Dkt. No. 9). The motion correctly observes that Defendants' dispositive motion to dismiss (Dkt. No. 7) was not noted for the fourth Friday after its filing date. The Court will not dismiss the motion on that ground, but will *sua sponte* re-note the motion to its correct noting date.

IT IS ORDERED that Defendants' motion to dismiss is re-noted to **October 14, 2011** (the fourth Friday after the filing date of September 22, 2011). Any opposition papers shall be

1 | filed and served not later than the Monday before the noting date.  If service is by mail, the
2 | opposition papers shall be mailed not later than the Friday preceding the noting date.  Any reply
3 | papers shall be filed and served no later than the noting date.
4 |
5 |       The clerk is ordered to provide copies of this order to all counsel.
6 |       Filed this _28th_ day of September, 2011.

                                        William M. McCool
                                        Clerk of Court

                                        s/Mary Duett
                                        Deputy Clerk